Julie A. Mersch
Law Office of Julie A. Mersch
428 S. 4th St.
Las Vegas, NV 89101
Tel. (702) 387-5868
Fax. (702) 387-0109
jam@merschlaw.com

*Attorneys for Plaintiff LORI HARRELSON*

Michael C. Mills
Bauman Loewe Witt & Maxwell, PLLC
3650 North Rancho Drive, Suite 114
Las Vegas, Nevada 89130
Tel. 702-240-6060
Email: mmills@blwmlawfirm.com

*Attorneys for Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORI HARRELSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA, as Claims Administrator for The HCA Health and Welfare Benefits Plan,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00648-JCM-BNW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Lori Harrelson ("Plaintiff"), and Defendant, The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby stipulate and agree that this action shall

/ / /

/ / /

/ / /

---

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

96932375v.2

be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

Dated: September 8, 2023

Respectfully Submitted,

/s/ Julie A. Mersch (w/permission)
Julie A. Mersch
Law Office of Julie A. Mersch
428 S. 4th St.
Las Vegas, NV 89101
Tel. (702) 387-5868
Fax. (702) 387-0109
jam@merschlaw.com

*Attorneys for Plaintiff*
LORI HARRELSON

/s/ Michael C. Mills
Michael C. Mills
mmills@blwmlawfirm.com
Bauman Loewe Witt & Maxwell, PLLC
3650 North Rancho Drive, Suite 114
Las Vegas, Nevada 89130
Tel. 702-240-6060

*Attorneys for Defendant*
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

IT IS SO ORDERED:

_____
Judge James C. Mahan

DATED: September 12, 2023

2

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

96932375v.2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation Of Dismissal was served on all counsel of record, as listed below, via the Court's CM/ECF on the 8th day of September, 2023:

Julie A. Mersch
Law Office of Julie A. Mersch
428 S. 4th St.
Las Vegas, NV 89101
Tel. (702) 387-5868
Fax. (702) 387-0109
jam@merschlaw.com

/s/Michael C. Mills